

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Flamingo Permian Oil & Gas, LLC, Flamingo Operating, LLC and Omar Minhaj, | § § | No. 08-18-00027-CV Appeal from the |
| Appellants, | § | 83rd District Court |
| v. | § | of Pecos County, Texas |
| Star Exploration, LLC, | § | (TC# P-7720-83-CV) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is a motion to withdraw filed by Appellants' counsel on appeal. The motion is GRANTED. The Court has changed its records to reflect that Mr. Brandon Roy is lead appellate counsel for the Appellants.

IT IS SO ORDERED this 8th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.